Gerald Barrett (SB#: 005855)
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel:  602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
*Attorneys for Proposed Plaintiff - Intervenors*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Food & Commercial Workers Local 99; *et. al.*<br><br>Plaintiffs,<br><br>and<br><br>Local Union No. 469 of United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Trade, a labor organization, *et. al.*<br><br>Plaintiff - Intervenors,<br><br>vs.<br><br>Douglas Ducey, in his capacity as the Governor of the State of Arizona; *et. al* Defendants. | Case No. 2:21-cv-01015-DJH<br><br>**PLAINTIFF – INTERVENORS MOTION FOR ENTRY OF PRELIMINARY**<br><br>**Oral Argument Requested** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure Plaintiffs Intervenors Local No. 469 of the United Association of The United Association of Journeymen and Apprentices of The Plumbing And Pipefitting Industry of the United States and Canada, Arizona Pipe Trades Health and Welfare Fund, Arizona Pipe Trades Pension Plan, Arizona Pipe Trades Defined Contribution Plan, Arizona Pipe Trades Joint Apprenticeship Committee, Aaron Bulter, Nickolas Ganem and Carl Triphahn request entry of a preliminary injunction enjoining Defendants from enforcing Arizona Senate Bill 1268 of 2021 ("SB 1268"), A.R.S. § 23-1421 with respect to its attempt to provide

employees with "ultimate discretion" to reject fringe benefits offered under a private sector collective bargaining agreement and direct that employer contributions be direct contrary to the express terms of the collective bargaining agreement.

Plaintiff Intervenors adopt the Memorandum of Points and Authorities submitted by Plaintiffs United Food & Commercial Workers Local 99; Arizona State AFL-CIO; and James McLaughlin. Doc. 40.

Plaintiff Intervenors offer the declarations of Aaron Buter and K. Joseph Shearon marked respectively as Exhibit A and Exhibit B.

Respectfully submitted this 27th day of September 2021.

**WARD, KEENAN & BARRETT, P.C.**
By: S/GERALD BARRETT
GERALD BARRETT
3838 N. Central Avenue, Ste.1720
Phoenix, AZ 85012
*Attorney for Plaintiff- Proposed Intervenors*

CERTIFICATE OF SERVICE

I hereby certify that on this day, September 23, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

SNOW, CARPIO & WEEKLEY, PLC
X. Alex Carpio (023141)
55 E Thomas Road, First Floor
Phoenix, AZ 85012
Telephone: 602.532.0700

RYLEY CARLOCK & APPLEWHITE
By s/ Nate Niemuth
Nate Niemuth (No. 4758)
3200 North Central Avenue. Suite 1600
Phoenix, AZ 85012
602.440.4800
Attorneys for Defendant Mark Brnovich

MARK BRNOVICH
ATTORNEY GENERAL
Drew C. Ensign (No. 25463)

Robert J. Makar (No. 33579)
2005 N Central Ave,
Phoenix, AZ 85004
Attorneys for Defendant Mark Brnovich

OFFICE OF GOVERNOR DOUGLAS A. DUCEY
Anni Lori Foster
1700 West Washington Street
Phoenix AZ 85007
Attorneys for Defendant Governor Ducey

JAMES ASHLEY,
DIRECTOR OF THE INDUSTRIAL COMMISSION
Jason M. Porter
Industrial Commission of Arizona
800 W. Washington Street, Suite 307
Phoenix, Arizona 85007-2922
Attorney for Defendant Director Ashley