**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Local 99 United Food & Commercial Workers, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Douglas Ducey, et al.,<br><br>Defendants. | No. CV-21-01015-PHX-DJH<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation Re Preliminary Stay of Enforcement of SB 1268.  (Doc. 49).  On June 10, 2021, Plaintiffs filed a Complaint seeking an injunction barring enforcement of Arizona Senate Bill 1268 ("SB 1268").  (Doc. 1 at 2). On September 23, 2021, Plaintiffs filed a Motion for a Preliminary Injunction enjoining Defendants from enforcing SB 1268 until this case is resolved on its merits. (Doc. 40).   Plaintiff-Intervenors filed a joinder in support of Plaintiffs' motion on September 27, 2021.  (Doc. 47).  Defendants have not filed a response in opposition.  On October 6, 2021, the parties filed a stipulated request asking the Court for an order staying enforcement of SB 1268 until this case is resolved on its merits.  (Doc. 49 at 2).  With the parties' consent, the Court finds good cause to grant the stipulated request.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation Re Preliminary Stay of Enforcement of SB 1268 (Doc. 49) is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendant Douglas Ducey, in his capacity as the Governor of the State of Arizona, Defendant Mark Brnovich, in his capacity as the

1   Attorney General of Arizona, and Defendant James Ashley, in his capacity as the Director

2   of the Industrial Commission of the State of Arizona ("Defendants"), and their agents,

3   employees, attorneys, and all others in active concert with Defendants, shall be stayed from

4   enforcing Arizona Senate Bill 1268 of 2021, or any part thereof, during the litigation of

5   this case.  This stay shall remain in effect pending final resolution of this action and/or

6   further order of the Court.

7        **IT IS FINALLY ORDERED** that the Motions for Preliminary Injunction (Docs.

8   40 and 47) are **terminated as moot**.

9        Dated this 12th day of October, 2021.

10

11

12                                            Honorable Diane J. Humetewa
                                              United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28