| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | **GAETANO TESTINI**<br>(State Bar No. 020941)<br>Industrial Commission of Arizona<br>800 W. Washington Street, Suite 303<br>Phoenix, AZ 85007<br>Phone: (602) 542-5905<br>Gaetano.testini@azica.gov<br><br>*Attorney for Defendant James Ashley,*<br>*Director of the Industrial Commission of Arizona,*<br>*in his official capacity* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United Food & Commercial Workers Local 99; Arizona State AFL-CIO; and James McLaughlin,<br><br>      Plaintiffs,<br><br>and<br><br>Local Union No. 469 of United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Trade; Arizona Pipe Trades Health and Welfare Trust Fund; Arizona Pipe Trades Pension Trust Fund; Arizona Pipe Trades Defined Contribution Pension Fund; Arizona Pipe Trades Joint Apprenticeship Committee; Aaron Butler; Nicholas Ganem; and Carl Triphahn,<br><br>      Intervenors-Plaintiffs,<br><br>v.<br><br>Douglas Ducey, in his capacity as the Governor of the State of Arizona; Mark Brnovich, in his capacity as the Attorney General of the State of Arizona; James | No. 2:21-cv-01015-DJH<br><br>**STATE DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL** |

1

Ashley, in his capacity as the Director of the Industrial Commission of the State of Arizona,

Defendants.

**COMES NOW** Defendants James Ashley, Doug Ducey, and Mark Brnovich (collectively the "State Defendants") hereby give notice that by and through counsel undersigned, that **GAETANO TESTINI** has been substituted as counsel for Defendant James Ashley, Director of the Industrial Commission of the State of Arizona, in the above-captioned matter in the place of Jason Porter.

Please forward all notices, correspondence and other documents to attorney **GAETANO TESTINI** for Defendant James Ashley, in his official capacity.

**RESPECTFULLY SUBMITTED** this 6th day of May, 2022.

                           s/ Gaetano Testini
                           Gaetano Testini
                           Industrial Commission of Arizona
                           800 W. Washington Street, Suite 303
                           Phoenix, Arizona 85007-2922
                           *gaetano.testini@azica.gov*
                           *Attorney for Defendant James Ashley, in his official capacity*

**MARK BRNOVICH**
**ATTORNEY GENERAL**

Drew C. Ensign (No. 25463)
Robert J. Makar (No. 33579)
Office of the Arizona Attorney General
2005 N. Central Ave.

Phoenix, Arizona 85004
(602) 542-3333
Drew.Ensign@azag.gov
Robert.Makar@azag.gov

**RYLEY CARLOCK & APPLEWHITE**
Nate Niemuth (No. 4758)
3200 North Central Avenue, Suite 1600
Phoenix, AZ 85012
(602) 440-4800
nniemuth@rcalaw.com
*Attorneys for Defendant Mark Brnovich, in his official capacity*

**OFFICE OF GOVERNOR DOUGLAS A. DUCEY**
Anni Lori Foster
1700 West Washington Street Phoenix, Arizona 85007
*Attorneys for Defendant Governor Ducey, in his official capacity*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, May 6, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

__s/ Gaetano Testini_____
Gaetano Testini

*Attorney for Defendant James Ashley, in his official capacity*