IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Local 99 United Food & Commercial Workers, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>James Ashley, et al.,<br><br>  Defendants. | No. CV-21-01015-PHX-DJH<br><br>**ORDER** |

Pending before the Court is the parties' Joint Case Report and Response to Order to Show Cause (Doc. 78). On January 24, 2023, the Court ordered the parties to confer regarding new case management deadlines and submit a revised case management for the Court's review on or before January 30, 2023. (Doc. 73). On January 30, 2023, the parties filed their revised Joint Case Report (Doc. 78).

Pursuant to the parties' Joint Report, the Court will now amend the remaining deadlines as follows:

1. Opening Briefs shall be filed by **April 28, 2023**.
2. Responding Briefs shall be filed by **May 30, 2023**.
3. The parties have not indicated a desire to submit Reply Briefs and therefore none will be allowed. Within **five (5)** days of filing their Responsive Briefs, the parties shall submit a request for oral argument on the briefing.

/ / /

/ / /

4. The remainder of the Court's Rule 16 Scheduling Order (Doc. 52) is otherwise **affirmed**.

Dated this 30th day of January, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge