

649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003
(602) 382-4078

Kory Langhofer, Ariz. Bar No. 024722
kory@statecraftlaw.com
Thomas Basile, Ariz. Bar. No. 031150
tom@statecraftlaw.com

*Attorneys for Proposed Intervenors*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United Food & Commercial Workers Local 99, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Douglas Ducey, *et al.*,<br><br>Defendants. | No. 2:21-cv-01015-DJH<br><br>**SUPPLEMENT TO MOTION TO INTERVENE OF SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES BEN TOMA AND ARIZONA SENATE PRESIDENT WARREN PETERSEN** |

After conferring with the Arizona Attorney General's Office, and in order to avoid any misconceptions regarding the timeline of events, the proposed intervenors wish to clarify the following: The decision not to contest the plaintiffs' claims on the merits predates the last election, and was not a result of the recent change in administrations. The proposed intervenors first became aware of the Attorney General's Office's position on the merits in early February 2023. Discussions concerning potential jurisdictional or sovereign immunity defenses began in March, and the Attorney General's Office communicated to the proposed intervenors its decision not to present such defenses on April 3.

RESPECTFULLY SUBMITTED this 18th day of April, 2023.

STATECRAFT PLLC

By: */s/ Kory Langhofer*
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

*Attorneys for Proposed Intervenors*

2