Sambo (Bo) Dul (030313)
**OFFICE OF ARIZONA GOVERNOR KATIE HOBBS**
1700 West Washington Street, 9th Floor
Phoenix, Arizona 85007
T: (602) 542-6578
bdul@az.gov

*Attorney for Defendant Arizona Governor Katie Hobbs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United Food & Commercial Workers Local 99; Arizona State AFL-CIO; and James McLaughlin, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as the Governor of the State of Arizona, et al. <br><br> Defendants. | No. 2:21-cv-01015-DJH <br><br> **RESPONSE TO MOTION TO INTERVENE** |

Defendant Katie Hobbs, in her official capacity as the Governor of the State of Arizona, takes no position on the Motion to Intervene of Speaker of the Arizona House of Representatives Ben Toma and Arizona Senate President Warren Petersen (Doc. 82).

RESPECTFULLY SUBMITTED this 20th day of April, 2023.

**OFFICE OF GOVERNOR KATIE HOBBS**

By /s/ Sambo (Bo) Dul
Sambo (Bo) Dul

*Attorney for Defendant Arizona Governor Katie Hobbs*